

## In The
## Court of Appeals
## Seventh District of Texas at Amarillo

No. 07-19-00244-CR

JOHN HERNANDEZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 47th District Court
Potter County, Texas
Trial Court No. 75,026-A-CR, Honorable Dan L. Schaap, Presiding

October 29, 2019

## ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant John Hernandez appeals his conviction for driving while intoxicated, enhanced,[1] and sentence to sixty years' confinement. The appellate record was originally due August 19, 2019. The clerk's record was filed by this deadline, but the reporter's record was not. We subsequently granted the reporter, Ms. Dina Wall, two extensions to file the reporter's record. By letter of September 23, 2019, we admonished Ms. Wall that

---

[1] TEX. PENAL CODE ANN. §§ 49.04, 49.09(b) (West Supp. 2018).

failure to file the reporter's record by October 18 could result in the appeal being abated and the cause remanded to the trial court for further proceedings without further notice. The reporter's record has not been filed to date, and Ms. Wall has not provided the Court with any explanation for her failure to file the record.

Accordingly, we abate the appeal and remand the cause to the trial court for further proceedings. *See* TEX. R. APP. P. 35.3(c), 37.3(a)(2). On remand, the trial court shall determine the following:

1. what tasks remain to complete the filing of the reporter's record;

2. why Ms. Wall has not completed the necessary tasks;

3. what amount of time is reasonably necessary for the completion of those tasks; and

4. whether Ms. Wall can complete the tasks within the time the trial court finds reasonable.

Should the trial court determine that Ms. Wall will require more than thirty days to complete, certify, and file the reporter's record, it shall arrange for a substitute reporter to do so. The trial court is directed to enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters in a supplemental clerk's record and cause that record to be filed with this Court by December 2, 2019.

It is so ordered.

Per Curiam

Do not publish.

2